IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| vs. ) | No. 04-20089-01-KHV |
| ) | |
| **MONTGOMERY CARL AKERS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## **ORDER**

On November 14, 2005, the Court sustained defendant's motion for a psychiatric examination and stayed ruling on defendant's motions to produce and to withdraw Jacqueline E. Rokusek as defendant's attorney. See Doc. #132. On November 16, 2005, defendant filed a Notice Of Interlocutory Appeal of the Court's November 14, 2005 order. See Doc. #133. **On or before December 5, 2005, defendant shall show cause in writing why the Court should not find that the appeal is frivolous and that the Court therefore has jurisdiction to proceed with this case.** See U.S. v. Valadez-Camarena 402 F.3d 1259, 1260 (10th Cir. 2005); United States v. Hines, 689 F.2d 934, 937 (10th Cir. 1982). **A hearing on this matter is set for December 12, 2005 at 1:30 p.m. before District Judge Kathryn H. Vratil**.

Dated this 22nd day of November, 2005, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE