IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

                                    Case No. 04-20089-01-KHV-JPO

vs.

MONTGOMERY CARL AKERS,
          Defendant.

## ORDER FOR MENTAL STATUS DETERMINATION
## PURSUANT TO 18 U.S.C. 4241

On November 14, 2005, the Court sustained the motion of defendant, Montgomery Carl Akers, for a mental evaluation pursuant to Rule 12.2(c)(1)(A) and (B) of the Federal Rules of Criminal Procedure. The Court ordered defendant to submit to a mental examination as provided by Title 18, United States Code, Section 4241, and as described in Section 4247.

**The Court now orders that the commitment for a mental evaluation be completed by February 20, 2006, with the report to be provided to the Court by March 13, 2006.** Defendant shall be examined for the existence of any mental disease or defect that might affect defendant's criminal responsibility.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2006 at Kansas City, Kansas.

                                      s/ Kathryn H. Vratil
                                      HONORABLE KATHRYN H. VRATIL
                                      United States District Judge
                                      District of Kansas